No. 75–1329. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. TEAMSTERS LOCAL 701 ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1336. RAWSON, AKA MERRILL v. WILBEE. C. A. 10th Cir. Certiorari denied.

No. 75–1350. SZEKELY v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 75–1362. OLSEN v. TERRITORY OF GUAM. Petition for certiorari before judgment to C. A. 9th Cir. Certiorari denied.

No. 75–1387. MONONGAHELA APPLIANCE Co. v. COMMUNITY BANK & TRUST, N. A. C. A. 4th Cir. Certiorari denied.

No. 75–5425. RIDDICK ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6124. SCARDINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6135. REALE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 75–6137. JOHNSON v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 75–6147. McNAMARA v. GRIFFITH, PRISONS SUPERINTENDENT. C. A. 5th Cir. Certiorari denied.

No. 75–6235. JONES ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.